UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KALVIN LAMAR WASHINGTON,

    Plaintiff,                                      Civil No. 2:21-cv-12062

v.                                              Hon. Nancy G. Edmunds

LORI DAWSON, ET AL,

    Defendants.
_____/

## JUDGMENT

**IT IS ORDERED** that the complaint is **SUMMARILY DISMISSED WITHOUT PREJUDICE**.

Dated at Detroit, Michigan, this 22nd, day of September 2021.

                                                                        KINIKIA ESSIX
                                                                        CLERK OF THE COURT

APPROVED:
                                                                        BY:   L. Bartlett
                                                                        DEPUTY CLERK

s/ Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge